JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CHRISTOPHER BROWN, <br><br> Petitioner, <br><br> vs. <br><br> DOMINGO URIBE, JR., <br><br> Respondent. | Case No. CV 09-5068-JST (DTB) <br><br> **J U D G M E N T** |

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 19, 2011

**JOSEPHINE STATON TUCKER**
___
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE